# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**PATRICK MEEKS,**

    *Plaintiff,*

v.                                      **CASE NO. 1:15-cv-00087-MP-GRJ**

**CAROLYN W COLVIN,**

    *Defendant.*

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated June 15, 2016. ECF No. 19. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections on ECF No. 20. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 19, is adopted and incorporated by reference in this order.

2. The decision of the Commissioner is **AFFIRMED**.

3. The clerk is directed to close the file.

**SO ORDERED on August 8, 2016.**

s/Mark E. Walker            
**United States District Judge**
